ISRAEL COHEN, Respondent, v. JULIUS TISHMAN & SONS, INC., Defendant, Appellant. NATHANIEL J. ROSENBERG and Others, Respondents.— Order affirmed,

with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.